**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark A. Plenty,  <br>          Plaintiff,  <br>vs.  <br>Collectcorp,  <br>          Defendant. | No. CV-06-0705-PHX-LOA  <br><br>**ORDER** |

The Court has preliminarily approved the Amended Complaint as meeting the minimum requirements of Rule 8(a), FED.R.CIV.P.

**IT IS ORDERED** that the Plaintiff shall serve the Amended Complaint upon Defendant within 120 days of this Order or the Amended Complaint may be dismissed for lack of prosecution or abatement.  See, Rule 4(m), FED.R.CIV.P.

DATED this 14th day of April, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge