**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark A. Plenty,       ) | No. CV-06-0705-PHX-LOA |
| )
Plaintiff,     ) | |
| ) | **ORDER** |
| vs.          ) | |
| ) | |
| Collectcorp,       ) | |
| ) | |
| Defendant.    ) | |

The Court is in receipt of Plaintiff's Initial Disclosure Statement (docket #23). Plaintiff has improperly filed his Initial Disclosure Statement with the Court and is not in compliance with Rule 5.2, LRCiv, Rules of Practice for the United States District Court of the District of Arizona, which provides that the Court does not accept discovery papers for filing.

**IT IS ORDERED striking** Plaintiff's Initial Disclosure Statement (docket #23).

**IT IS FURTHER ORDERED** directing Plaintiff to properly file a Notice of Service of Plaintiff's Initial Rule 26(a)(1) Disclosure Statement no later than 5:00 p.m. on **August 21, 2006**.

DATED this 7th day of August, 2006.

Lawrence O. Anderson
United States Magistrate Judge